**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED BY SM D.C.
Oct 19, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

**CASE NO.** 26-MJ-6601-Augustin-Birch

**UNITED STATES OF AMERICA**

**v.**

**MARCOS MARTINEZ BLANCO**
_____________________________________/

**CRIMINAL COVER SHEET**

1. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?

2. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024?

3. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024?

4. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 3, 2026?

5. Did this matter involve the participation of or consultation with Magistrate Judge Brandy Brentari Galler during her tenure at the U.S. Attorney's Office, which concluded on July 31, 2026?

Respectfully submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By: */s/Danielle Lennox*
Danielle Lennox
Assistant United States Attorney
Florida Bar No. 119919
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Telephone: (954) 660-5788
Email: Danielle.Lennox@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED BY SM D.C.

Oct 19, 2026

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

United States of America
v.
Marcos Martinez Blanco

*Defendant(s)*

Case No. 26-MJ-6601-Augustin-Birch

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 19, 2026 in the county of Broward in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2199 | Stowaway on a Vessel |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

*Complainant's signature*

CBP Officer Melanie Alvarado

*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by ~~FaceTime~~. Teams.

Date: 10/19/2026

*Judge's signature*

City and state: Fort Lauderdale, Florida

Panayotta Augustin-Birch, U.S. Magistrate Judge

*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Melanie Alvarado, being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a United States Customs and Border Protection (CBP) Officer at the Fort Lauderdale International Airport/Port Everglades Seaport and have been so employed since April 2019. During my last assignment, I was working in passport control secondary for 2 years where I was responsible for making a final determination regarding the admissibility of aliens into the United States, aliens that could derive U.S. citizenship and any other issue involving the Immigration and Naturalization Act (INA). I am currently responsible for conducting criminal investigations of the criminal statutes contained in the Immigration and Nationality Act, as amended and related offenses contained in Titles 8 and 18 of the United States Code.

2. I submit this affidavit in support of a criminal complaint Marcos Antonio MARTINEZ BLANCO, hereafter "MARTINEZ BLANCO." As explained below, there is probable cause to believe that, on or about October 19, 2026, in Broward County, in the Southern District of Florida, MARTINEZ BLANCO was a stowaway on a vessel, in violation of Title 18, United States Code, Section 2199.

3. The facts contained in this affidavit are based upon my personal knowledge, as well as information relayed to me by other law enforcement officials involved in the investigation. Because this affidavit is being submitted only to establish probable cause in support of a criminal complaint, I have not included every fact I know about this investigation. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against MARTINEZ BLANCO for the above-described criminal violation.

## VESSEL INFORMATION

4. On or about October 19, 2026, the commercial cargo vessel M/V "QUETZAL" (IMO Number: 9984247), flying the flag of Liberia, arrived at the Port Everglades within the Southern District of Florida

5. The Master of the M/V "QUETZAL" reported the discovery of an unauthorized person on board the vessel during the sea passage from Mariel, Cuba to the United States.

## PROBABLE CAUSE

6. On or about October 18, 2026, while the vessel was underway in international waters, ship crew members discovered an unauthorized individual later identified as Marcos Antonio MARTINEZ BLANCO (hereinafter referred to as MARTINEZ BLANCO) a citizen and national of Cuba.

7. According to the Master's log and statements provided by ship officers, MARTINEZ BLANCO was discovered through the mess hall's window, moving from Main Deck to B Deck on the port side of the vessel. MARTINEZ BLANCO had no ticket, no valid travel documents, no crew contract, and no authorization from the Master, owner, or any authorized agent of the vessel to board or ride on the vessel. MARTINEZ BLANCO admitted during an initial interview that he boarded the vessel and entered an unlocked shipping container without permission in Mariel, Cuba on or about October 18, 2026. He then explained that he fell asleep inside the container and awoke at sea.

8. On or about October 19, 2026, upon the vessel's arrival at Berth 33C in Port Everglades, Florida, Customs and Border Protection officers boarded the M/V "QUETZAL" to take custody of MARTINEZ BLANCO.

9. During processing at CBP facilities at Port Everglades, Fort Lauderdale Florida, MARTINEZ BLANCO's biographical data and fingerprints were entered into the Integrated Automated Fingerprint Identification System (IAFIS). Those records confirmed that MARTINEZ BLANCO is an alien who has not been admitted or paroled into the United States.

10. There are no computer records confirming that MARTINEZ BLANCO had sought to apply for permission from the United States Attorney General or his successor, the Secretary of Homeland Security (Title 6, United States Code, Sections 202(3), 202(4), and 557), in order to return and apply to remain in the United States.

11. Your Affiant, who is fluent in the Spanish language, read MARTINEZ BLANCO his Miranda warnings in Spanish, which is his preferred language. MARTINEZ BLANCO waived his rights and agreed to answer questions without an attorney present.

12. MARTINEZ BLANCO stated that his country of citizenship was Cuba and that he worked as a longshoreman at the Port of Mariel in Cuba. He stated that he boarded the ship while loading containers, but that he had no intention of getting off the ship and continuing his duties at the Port of Mariel, Cuba. MARTINEZ BLANCO stated that he was having problems in Cuba, and he had been thinking about getting on a ship to leave Cuba for a while. He stated that he remained on the ship after he was supposed to depart from the ship in the hopes of going to another port.

## CONCLUSION

12. Based on the foregoing, on or about October 19, 2026, in Broward County, in the Southern District of Florida, there is probable cause to believe MARTINEZ BLANCO has violated Title 18, United States Code, Section 2199, stowaway on a vessel.

**FURTHER AFFIANT SAYETH NAUGHT.**

Melanie Alvarado
CBP Officer
U.S. Customs and Border Protection

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by FaceTime on this 19 th day of October 2026,
in Fort Lauderdale, Florida.

HONORABLE PANAYOTTA AUGUSTIN-BIRCH
UNITED STATES MAGISTRATE JUDGE