UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-CR-60279-Kuntz/Hunt
18 U.S.C. § 2199

FILED BY YH D.C.
Nov 3, 2026
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FTL

UNITED STATES OF AMERICA

v.

MARCOS MARTINEZ BLANCO,

Defendant.
_______________________________/

# INFORMATION

The United States Attorney charges that:

On or about October 19, 2026, in Broward County, in the Southern District of Florida and elsewhere, the defendant,

**MARCOS MARTINEZ BLANCO,**

without consent of the owner, charterer, master, and person in command of any vessel and with intent to obtain transportation, having boarded, entered, and secreted himself aboard a vessel, that is, commercial cargo vessel, Quetzal, at any place within or without the jurisdiction of the United States, did remain aboard after the vessel had left such place and was thereon at any place within the jurisdiction of the United States, that is, Port Everglades Seaport, in violation of Title 18, United States Code, Section 2199.

FOR BRUCE O. BROWN

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

DANIELLE LENNOX
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.:** 26-CR-60279-Kuntz/Hunt

**v.**

**MARCOS MARTINEZ BLANCO,**

**Defendant.** /

**CERTIFICATE OF TRIAL ATTORNEY**

**Superseding Case Information:**
New Defendant(s) (Yes or No) ______
Number of New Defendants ______
Total number of new counts ______

**Court Division** (select one)
- [ ] Miami
- [ ] Key West
- [ ] FTP
- [x] FTL
- [ ] WPB

I do hereby certify that:

1. I have carefully considered the allegations of the Indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, 28 U.S.C. §3161.
3. Interpreter: (Yes or No) Yes
   List language and/or dialect: Spanish
4. This case will take 0 days for the parties to try.
5. Please check appropriate category and type of offense listed below:

| (Check only one) | | (Check only one) |
|---|---|---|
| I | [x] 0 to 5 days | [ ] Petty |
| II | [ ] 6 to 10 days | [ ] Minor |
| III | [ ] 11 to 20 days | [ ] Misdemeanor |
| IV | [ ] 21 to 60 days | [X] Felony |
| V | [ ] 61 days and over | |

6. Has this case been previously filed in this District Court? (Yes or No) No
   If yes, Judge ______ Case No. ______
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Judge Panayotta Augustin-Birch Magistrate Case No. 26-MJ-6601-Augustin-Birch
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge ______ Case No. ______
9. Defendant(s) in federal custody as of October 19, 2026
10. Defendant(s) in state custody as of ______
11. Rule 20 from the ______ District of ______
12. Is this a potential death penalty case? (Yes or No) No
13. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
14. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No
15. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No
16. Did this matter involve the participation of or consultation with Magistrate Judge Yeney Hernandez during her tenure at the U.S. Attorney's Office, which concluded on April 2, 2026? No
17. Did this matter involve the participation of or consultation with Magistrate Judge Brandy Brentari Galler during her tenure at the U.S. Attorney's Office, which concluded on July 31, 2026? No

By: *Danielle Lennox*
Danielle Lennox
Assistant United States Attorney
Florida Bar No. 119919

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Marcos Martinez Blanco

**Case No**: 26-CR-60279-Kuntz/Hunt

Count #: 1

Stowaway on a Vessel

18 U.S.C. § 2199

* **Max. Term of Imprisonment:** 5 years
* **Mandatory Min. Term of Imprisonment (if applicable):** n/a
* **Max. Supervised Release:** 3 year
* **Max. Fine:** $250,000

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America
v.
Marcos Martinez Blanco,
_Defendant_

Case No. 26-CR-60279-Kuntz/Hunt

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: ____________________

_Defendant's signature_

_Signature of defendant's attorney_

Wesley Wallace
_Printed name of defendant's attorney_

_Judge's signature_

_Judge's printed name and title_